PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-MJ-00175-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| LLADIRA HERNANDEZ, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case. On November 18, 2022, Lladira Hernandez was arrested by authorities and will make her initial appearance as soon as possible. Therefore, the case should be unsealed to advise Ms. Hernandez of the charges against her.

Dated: November 18, 2022

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>LLADIRA HERNANDEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:22-MJ-00175-BAM<br><br>ORDER TO<br>UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated: __**November 18, 2022**__　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2