HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LLADIRA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-mj-00175-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY EXAMINATION; ORDER** |
| vs. | Date:   February 23, 2023 |
| LLADIRA HERNANDEZ, | Time:   2:00 p.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Lladira Hernandez, that the Court may continue the preliminary examination currently scheduled for February 9, 2023, at 2:00 p.m. to February 23, 2023, at 2:00 p.m.

Ms. Hernandez made her initial appearance on the Criminal Complaint on November 21, 2022. *See* ECF #7. At that time, the parties advised the Court that they were working toward a preindictment resolution and requested that the Court make a finding of good cause to set the preliminary examination outside the statutory timeframe. *Id.* Based on the parties' representation, the Court found good cause and set the preliminary examination for January 12, 2023, at 2:00 p.m. *Id.* The Court also excluded time under the Speedy Trial Act. *Id.*

On January 5, 2023, the Court granted the parties' joint request to continue the preliminary hearing to February 9, 2023, to enable the parties to continue working on a preindictment resolution. *See* ECF #15. Once again, the Court found good cause under Federal Rule of Criminal Procedure 5.1 and excluded time under the Speedy Trial Act. *Id.*

The parties now request that the Court continue the preliminary examination one more time. On January 31, 2023, the government provided a revised plea agreement. On February 6, 2023, the government provided an additional 3,043 Bates-stamped pages of discovery. Defense counsel requires additional time to review the recently provided discovery, as well as the revised preindictment offer with her client. The parties agree that the extension of a preindictment plea offer, and defense counsel's need to review discovery and the offer with her client, constitutes good cause to hold the preliminary examination outside the statutory deadline. The parties further agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a speedy indictment as prescribed by the Speedy Trial Act.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 6, 2023        */s/ Joseph Barton*
                              JOSEPH BARTON
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: February 6, 2023        */s/ Erin Snider*
                              ERIN SNIDER
                              Assistant Federal Defender
                              Attorney for Defendant
                              LLADIRA HERNANDEZ

/ / /

**O R D E R**

**IT IS SO ORDERED.** The preliminary examination scheduled for February 9, 2023, at 2:00 p.m. is hereby continued to February 23, 2023, at 2:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which an indictment must be filed, the time period of February 9, 2023, to February 23, 2023, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **February 7, 2023**

UNITED STATES MAGISTRATE JUDGE