PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LLADIRA HERNANDEZ<br><br>Defendant. | Case No. 1:22-mj-00175-BAM<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA; ORDER |

The parties have filed a plea agreement to resolve this case. Ms. Hernandez has also filed a waiver of indictment. Therefore, the parties agree that the case can be set for an arraignment on the information and change of plea hearing before the Honorable Ana de Alba on April 3, 2023, at 8:30 a.m. The parties have confirmed this date with the Court. The preliminary hearing scheduled for February 23, 2023, can be vacated.

Ms. Hernandez's counsel requires additional time to prepare for the arraignment and change of plea hearing. She is also unavailable to attend the hearing until April 3, 2023. Therefore, the parties agree to extend all applicable deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through April 3, 2023, in the interests of justice, including the need for

defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Ms. Hernandez to a speedy trial.


Dated:  February 21, 2023                          _/s/ Erin Snider_____
                                                   ERIN SNIDER
                                                   Counsel for Lladira Hernandez


Dated:  February 21, 2023                          _/s/ Joseph Barton_____
                                                   JOSEPH BARTON
                                                   Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-mj-00175-BAM |
| Plaintiff, | ORDER |
| v. | |
| LLADIRA HERNANDEZ | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on **April 3, 2023, at 8:30 a.m., before the Honorable Ana de Alba**.  The preliminary hearing scheduled for February 23, 2023, is vacated. Time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, is excluded through April 3, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 21, 2023**              /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE